**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Jamie Lynn Clark | : | |
| | : | Bankruptcy Case No.: 19-17222ELF |
| | : | |

### MOTION TO EXTEND TIME FOR THE DEBTOR TO FILE THEIR SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS PURSUANT TO BANKRUPTCY RULE 1007(c)

1.  The above-captioned Chapter 13 Bankruptcy was filed on or about November 18, 2019 as an "emergency petition."

2.  The Chapter 13 Bankruptcy was assigned case number 19-17222ELF.

3.  At the time of the subject Chapter 13 Bankruptcy filing, the Debtor was facing a judgment hearing.

4.  Due to the urgency involved, Debtor did not have sufficient time to complete her schedules and statements.

5.  Debtor provided all documents to our office to complete the schedules in a timely manner; however, a work related issue has resulted in her being unable to come in to review and sign the schedules to be filed prior to filing deadline.

6.  The current deadline to file the schedules and statement of financial affairs is December 2, 2019.

7.  Under Bankruptcy Rule 1007(c), the Debtors may obtain a further extension of the filing deadline for "cause" shown.

8.  Under the circumstances, specifically the Debtor's difficulty with coming into the office to sign the schedules prior to the filing deadline, the Debtor is requesting

an extension of no less than 2 weeks to allow for signing and filing of the remaining schedules and statements.

WHEREFORE, the Debtor respectfully request the entry of an ORDER in the form attached, extending the time for filing the required documents.

Dated: December 2, 2019                             /s/ Brad J. Sadek
                                                    Brad J. Sadek, Esquire
                                                    Attorney for Debtor
                                                    1315 Walnut Street, Suite 502
                                                    Philadelphia, PA 19107
                                                    215-545-0008